**NEVILLE KIRT, ET AL**          *          NO. 2022-C-0855

**VERSUS**                       *          **COURT OF APPEAL**

**REBECCA D METZINGER,**         *          **FOURTH CIRCUIT**
**M.D., ET AL**
                                 *          **STATE OF LOUISIANA**

                                 *

                                 *
                    * * * * * * *


**DYSART, J., CONCURS WITH REASONS**

*DLD*

      I fully agree with the finding reached herein, but do not agree with the last sentence in the Discussion that provides for the district court to hold another evidentiary hearing if necessary to "further develop the particulars related to the exception." The record reflects that this matter had been through discovery, evidentiary hearing, briefed, argued and submitted. I would simply hold that the district court rule on the exception as directed by this Court and the Supreme Court.